# EXHIBIT B

## Amendment to Agreement of Sale

This amendment to the Agreement of Sale dated September 30, 2011, by and between American Driveline Centers, Inc., a Pennsylvania corporation ("SELLER"), and Gerald H. Hansen ("BUYER") is effective as of this 26th day of October 2011.

It is hereby agreed that the Closing Date listed in Section 1.1(a) of the Agreement of Sale is changed from October 26, 2011 to November 11, 2011. All other provisions of the Agreement of Sale remain unchanged.

IN WITNESS WHEREOF, the parties intending to be legally bound, execute this addendum on the date set forth above.

AMERICAN DRIVELINE CENTERS, INC.

By: _____
Marc Graham, President

_____
Gerald H. Hansen