**APPENDIX G**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

American Driveline Centers, Inc. and
AAMCO Transmissions, Inc.

           V.

Gerald H. Hansen

**12   5280**

Civil Action
No: _____

DISCLOSURE STATEMENT FORM

Please check one box:

☐    The nongovernmental corporate party, _____, in the
above listed civil action does not have any parent corporation and publicly held
corporation that owns 10% or more of its stock.

☒    The nongovernmental corporate party, American Driveline Centers, Inc. and AAMCO Transmissions, Inc. _____, in the
above listed civil action has the following parent corporation(s) and publicly held
corporation(s) that owns 10% or more of its stock:

American Driveline Systems, Inc.
_____
_____
_____

9/13/12
_____
Date

_____
Signature

Counsel for: American Driveline Centers, Inc. and AAMCO Transmissions, Inc.

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**

(a) WHO MUST FILE: NONGOVERNMENTAL CORPORATE PARTY. A nongovernmental
corporate party to an action or proceeding in a district court must file two copies of a statement
that identifies any parent corporation and any publicly held corporation that owns 10% or more
of its stock or states that there is no such corporation.

(b) TIME FOR FILING; SUPPLEMENTAL FILING. A party must:

    (1)    file the Rule 7.1(a) statement with its first appearance, pleading, petition,
motion, response, or other request addressed to the court, and

    (2)    promptly file a supplemental statement upon any change in the
information that the statement requires.

SEP 1 4 2012