IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN DRIVELINE CENTERS, INC, ET AL., | : : : | CIVIL ACTION |
| Plaintiffs, | : : | |
| v. | : : | NO. 12-5280 |
| GERALD H. HANSEN, | : : | |
| Defendant. | : | |

## ORDER

**AND NOW,** this 7th day of December, 2012, it is hereby **ORDERED** that a Rule 16 Conference is scheduled for 11:30 a.m., Monday, February 4, 2013, in Chambers, Room 7614. Counsel shall consult Judge Goldberg's Policies and Procedures (available at http://www.paed.uscourts.gov) prior to the conference.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**Mitchell S. Goldberg, J.**