IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN DRIVELINE CENTERS, INC., ET AL. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| GERALD H. HANSEN | : | NO.  12-5280 |

## O R D E R

AND NOW, this 13TH day of February, 2013, the above-captioned matter having been referred to me by the Honorable Mitchell S. Goldberg for settlement discussions, it is hereby **ORDERED** that:

I will hold a settlement conference on Tuesday, April 9, 2013 at 10:30 a.m. in **Courtroom 3I, Third Floor, U.S. Courthouse, 601 Market Street**, Philadelphia, PA 19106. All counsel and parties are to report to the call box for L. Felipe Restrepo, USMJ, before going to the courtroom.

Trial counsel shall appear and bring with them all persons whose consent may be necessary to settle this case.  **ALL PERSONS SHALL MEAN INSURANCE ADJUSTORS WITH FULL AUTHORITY TO SETTLE THE CASE, AS WELL AS CLIENTS.**   Persons present must have full and unlimited authority and may not confer by telephone with anyone to seek additional authority.

Counsel shall attach to the Settlement Conference Summary copies of any and all expert reports, **relevant to damages and liability**, counsel expects to rely on at trial.  **Counsel will make it clear as to whether these reports will have been provided to opposing counsel prior to the settlement conference.**

Counsel is further directed to complete the enclosed Settlement Conference Summary to be delivered to chambers (**Room 3038, U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106**) on or before March 26, 2013.

BY THE COURT:

/s/ L. FELIPE RESTREPO__
L. FELIPE RESTREPO
U.S. MAGISTRATE JUDGE

## <u>SETTLEMENT CONFERENCE SUMMARY</u>

**CAPTION:  AMERICAN DRIVELINE CENTERS, NC., et al. v. GERALD HANSEN, C.A. #12-5280**

**DISTRICT COURT JUDGE:MITCHELL S. GOLDBERG**

**JURY/NONJURY**                    **(Circle One)**

**TRIAL/POOL DATE:** _____

**COUNSEL ATTENDING SETTLEMEMT CONFERENCE:**

**Name:**_____

**Address:** _____

**Phone:**  _____

**E-Mail Address:**_____

**CLIENT REPRESENTATIVE ATTENDING SETTLEMENT CONFERENCE:**

**Name:** _____

**<u>Title/Relationship to Party</u>** _____

**MOTIONS PENDING:**

_____

_____

**PRIOR OFFERS/DEMANDS:**

_____

_____

**ATTACH SYNOPSIS OF CASE (LIMITED TO ONE PAGE)**

**Plaintiff's synopsis MUST include an itemized estimate of damages for settlement purposes.  If this is a fee shifting case, plaintiff's counsel must provide a good faith estimate of fees and costs to date.**

**All counsel MUST include, in their respective summaries, the amount of any lien that may be at issue, the amount of the lien, the efforts counsel has made to speak with counsel for the lien holder in anticipation of settlement and the name(s) and phone number(s) of said counsel.**