IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN DRIVELINE CENTERS, INC. AND AAMCO TRANSMISSIONS, INC. | : : : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| GERALD H. HANSEN | : | NO. 12-5280 |

## O R D E R

**AND NOW, TO WIT:** This 10th day of April, 2013, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is hereby

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

BY THE COURT:

/s/ L. FELIPE RESTREPO_____
L. FELIPE RESTREPO
U.S. MAGISTRATE JUDGE